```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

GINA FORTUNATO,

                Plaintiff,

   - against -

RYAN D. COOPER,

                Defendant.

22-cv-9619 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint is extended to **March 4, 2023**. If the plaintiff fails to serve the summons and complaint by that date, the case will be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). The conference scheduled for **February 28, 2023** is canceled.

SO ORDERED.

Dated:   New York, New York
           February 14, 2023

                                   /s/ John G. Koeltl
                                     John G. Koeltl
                              United States District Judge