
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GINA FORTUNATO,

                Plaintiff,

    - against -

RYAN D. COOPER,

                Defendant.

22-cv-9619 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by June 8, 2023.

SO ORDERED.

Dated:    New York, New York
            May 18, 2023

*/s/ John G. Koeltl*
John G. Koeltl
United States District Judge