**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
GINA FORTUNATO,                                  :
                                                 :
                          Plaintiff,             :          22-CV-9619 (JGK) (OTW)
                                                 :
                  -against-                      :          **ORDER**
                                                 :
RYAN COOPER,                                     :
                                                 :
                          Defendant.             :
--------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 21.  The parties' request for a 90-day extension of the fact discovery deadline is **GRANTED**.  The deadline for fact discovery will be **October 21, 2024**.

In accordance with my Individual Practices, Plaintiff is directed to file a letter brief on the docket by **Tuesday, July 30, 2024**, not to exceed three pages, summarizing the basis for her requests that this Court (1) compel Defendant to produce HIPPA authorizations for his medical providers from June 15, 2012, through June 15, 2022, and (2) compel Defendant to appear for an in-person deposition.

In accordance with my Individual Practices, Defendant is directed to file his opposition, if any, by **Friday, August 2, 2024**, not to exceed three pages.

There will be no reply.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: July 19, 2024                          **Ona T. Wang**
         New York, New York                   United States Magistrate Judge